# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-0760
_____

JUAN PABLO HERNANDEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the County Court for Alachua County.
Susan Miller-Jones, Judge.


December 11, 2025

PER CURIAM.

AFFIRMED.

BILBREY, KELSEY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Henry George Ferro of Law Offices of Ferro and Gourley, P.A., Ocala, for Appellant.

James Uthmeier, Attorney General, and Miranda Lee Butson, Assistant Attorney General, Tallahassee, for Appellee.